

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| JERRY LYNN MCGAVITT, | § | No. 08-17-00168-CR |
| Appellant, | § | Appeal from the |
| v. | § | 34th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20140D05274) |
|  | § |  |

## **O R D E R**

The Court, on its own motion, and pursuant to TEX.R.APP.P. 39.1, finds that oral argument in the above styled and numbered cause would not materially aid in the disposition of this cause.   Therefore, this case is scheduled to be submitted **without** oral argument for March 7, 2019.

IT IS SO ORDERED this 14th day of February, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.